UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>             Plaintiff,      )<br>                             )<br>         v.                  )<br>                             )<br> Armando GONZALEZ-HEREDIA (1), )<br>     aka Gallo,              )<br> Gerardo MARTINEZ-VELASCO (2), )<br>     aka Pancho, aka Panchon, )<br> Ricardo PEREZ (3),           )<br>     aka Tigre                )<br> Gabriel PEREZ (4),           )<br>     aka Cacholin,            )<br> Nuria MARTINEZ-ALVARADO (5), )<br>     aka Gorda, aka Tanque, aka Gordita, )<br> Hector PERAZA (6),           )<br>     aka Junior               )<br> Humberto ROSAS-ALVAREZ (7),  )<br>     aka Wasabi               )<br>                             )<br>             Defendants.     )<br>_____) | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATIONS OF:<br><br>Title 18, U.S.C., Section 1201, Kidnapping<br><br>Title 21, U.S.C., Section 841(a)(1), 846;<br>Conspiracy to Distribute a Controlled Substance |

The undersigned complainant, being duly sworn, states:

### Count 1

From on or about March 2009 continuing up to on or about April 14, 2009, within the Southern District of California and elsewhere, defendants Armando GONZALEZ-HEREDIA (1), aka "Gallo," Gerardo MARTINEZ-VELASCO (2), aka "Pancho," aka "Panchon," Ricardo PEREZ (3), aka "Tigre," Gabriel PEREZ (4), aka "Cacholin," Nuria MARTINEZ-ALVARADO (5), aka "Gorda," aka "Tanque," aka "Gordita," and Hector PERAZA (6), aka "Junior," did knowingly and intentionally conspire and agree with each other and with other persons known and unknown to unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom or reward or otherwise Edgar Alvarez, and willfully transport Edgar Alvarez and/or relatives of Alvarez in interstate or foreign commerce, and that defendants traveled in interstate or foreign commerce and used any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense; in violation of Title 18, United States Code, Section 1201.

### Count 2

From on or before March 2009 continuing up to on or about April 14, 2009, within the Southern District of California and elsewhere, defendants Armando GONZALEZ-HEREDIA (1), aka "Gallo," Gerardo MARTINEZ-VELASCO (2), aka "Pancho," aka "Panchon," Ricardo PEREZ (3), aka "Tigre," Nuria MARTINEZ-ALVARADO (5), aka "Gorda," aka "Tanque," aka "Gordita," Hector PERAZA (6), aka "Junior," and Humberto ROSAS-ALVAREZ (7), aka "Wasabi," did knowingly and intentionally conspire and agree with each other and with other persons known and unknown to distribute controlled substances, to wit; 4,000 kilograms and more of marijuana, a Schedule I controlled substance; and 500 grams and more of

cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Kathleen Moran
Special Agent, Federal Bureau of Investigation


SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF April 2009.

_____
HONORABLE RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Armando GONZALEZ-HEREDIA (1), Gerardo MARTINEZ-VELASCO (2), Ricardo PEREZ (3), Gabriel PEREZ (4), Nuria MARTINEZ-ALVARADO (5), Hector PERAZA (6), Humberto ROSAS-ALVAREZ (7)

## PROBABLE CAUSE STATEMENT

I declare under penalty of perjury that the following statement is true and correct:

1. I am a duly appointed Special Agent of the FBI having been employed as such since September 2005. I am authorized to investigate violations of the federal laws, to include violations of Title 18, U.S.C., Section 1201 (kidnapping), and Title 21, U.S.C., Section 841 (a)(1) and 846 (drug trafficking).

2. I am currently assigned to the FBI Major Mexican Traffickers Strike Force, and involved in a multi-agency investigation being conducted by Special Agents of the Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Internal Revenue Service (IRS), the San Diego Police Department (SDPD), and others, investigating the drug trafficking activities of Armando GONZALEZ-HEREDIA and his associates. The investigation involved traditional investigative means and, in addition, included court-authorized wire interceptions of cellular telephones used by Armando GONZALEZ-HEREDIA, Gerardo MARTINEZ-VELASCO, Nuria MARTINEZ-ALVARADO, and others, which began in 2008. Intercepted conversations since February of 2008, which are referenced in the below information, were obtained during the course of the court-authorized interceptions. Information contained in this affidavit from those calls are your affiant and other agents' interpretations of the meaning of terms utilized by the subjects based upon law enforcement training and experience and upon specific information gained through the course of the current investigation.

3. During calls intercepted through the course of investigation, agents were able to determine that Armando GONZALEZ-HEREDIA, aka "Gallo," Gerardo MARTINEZ-VELASCO, aka "Pancho," aka "Panchon," Ricardo PEREZ, aka "Tigre," Hector PERAZA, aka "Junior," Nuria MARTINEZ-ALVARADO, aka "Gorda," aka "Tanque," aka "Gordita," Humberto ROSAS-ALVAREZ, aka "Wasabi," and others were involved in the suspected distribution of controlled substances in the Southern District of California and elsewhere.

4. Recently during the court authorized wire interceptions of the defendants' and others' phones, it became apparent to the agents that Armando GONZALEZ-HEREDIA, Gerardo MARTINEZ-VELASCO, Ricardo PEREZ, Hector PERAZA, and Nuria MARTINEZ-ALVARADO, were attempting to locate two or more individuals who had apparently stolen drugs from them or had knowledge of persons who had stolen approximately 2,500 pounds of marijuana from them.

5. This situation resulted in Armando GONZALEZ-HEREDIA, Gerardo MARTINEZ-VELASCO, and Ricardo PEREZ traveling to Monterrey, Nuevo Leon, Mexico, on or about March 10, 2009, to meet with FNU LNU, aka "Rafa," to discuss terms of repayment and reconciliation with Rafa and others.

6. On March 9, 2009, Gerardo MARTINEZ-VELASCO was intercepted making flight arrangements to travel to Monterrey, Mexico. On April 10, 2009, Gerardo MARTINEZ-VELASCO was intercepted discussing with an associate the purpose of traveling to Monterrey, Mexico, which from this and previously intercepted calls, was confirmed as being to explain the loss of the marijuana. Agents believe that the conversation involved the loss of drugs and a possible resolution of the matter.

7. On about March 23, 2009, these Subjects enlisted the help of FNU LNU, aka "Cacholin," later identified as Gabriel PEREZ, who, based upon intercepted calls, is the suspected leader of a kidnapping cell based in Mexico that had been tasked with abducting one of the individuals who stole the drugs.

3

8. On March 30, 2009, Gerardo MARTINEZ-VELASCO was intercepted in a call with an associate discussing Gabriel PEREZ, aka "Cacholin." Gerardo MARTINEZ-VELASCO discussed PEREZ's unemotional character, believed by Agents to be referring to PEREZ's involvement in kidnapping and murder. On April 1, 2009, Gerardo MARTINEZ-VELASCO was intercepted in a call with the same associate, and MARTINEZ-VELASCO told the associate that he spent $600 on "Cacholin", the person who was going to do the job in Los Angeles, known by Agents to be the area where Edgar Alvarez and his family members reside.

9. On March 19, 2009, in an intercepted phone call, Hector PERAZA told Gerardo MARTINEZ-VELASCO that PERAZA can obtain information from a friend for $500, believed by Agents to be information regarding Edgar Alvarez. MARTINEZ-VELASCO told PERAZA to inform PERAZA's friend that MARTINEZ-VELASCO needs to sell a "short", believed by Agents to be either a gun or drugs, in order to obtain the funds to pay the friend for the information.

10. On March 18, 2009, Armando GONZALEZ-HEREDIA and Gerardo MARTINEZ-VELASCO were intercepted discussing the need to obtain a vehicle in which to transport the victim whom they believed stole their narcotics, and also discussed obtaining "toys", believed by Agents to refer to guns needed to facilitate the kidnapping.

11. On or about March 27, 2009, Gabriel PEREZ, arrived in Chula Vista, California, from Mexico. At this point Armando GONZALEZ-HEREDIA, Nuria MARTINEZ-ALVARADO, Gerardo MARTINEZ-VELASCO, and Ricardo PEREZ, continued to take steps toward locating the kidnapping victim and bribing Mexican Customs officials in order to obtain clear passage into Mexico across one of the San Diego/Tijuana Ports of Entry.

12. On March 27, 2009, Gerardo MARTINEZ-VELASCO was intercepted in a series of phone calls discussing payment for information on the kidnapping victim and the victim's relatives. In addition, MARTINEZ-VELASCO discussed bribing a Mexican official in order to facilitate the border crossing of the vehicle, believed by Agents to be the van intended to carry the kidnapped victim.

13. On or about March 28, 2009, Gerardo MARTINEZ-VELASCO was intercepted in a series of calls with another male individual during which MARTINEZ-VELASCO discussed payment to the individual for bringing a van into the United States. Based upon the description provided in numerous intercepted telephone calls, Agents were able to identify the location of the van, which was later utilized by MARTINEZ-VELASCO and Ricardo PEREZ in what the Agents believe was an attempt at locating Edgar Alvarez on April 14, 2009, for the purpose of kidnapping him.

14. During the defendants' preparation to carry out the kidnapping, the defendants discussed among themselves the identity of the victim, identified as Edgar Alvarez, and attempted to ascertain his exact location so that they could perform the kidnapping. For example, on March 19, 2009, Gerardo MARTINEZ-VELASCO was intercepted talking to an associate regarding the name Edgar Alvarez, whom the Agents believe to be the person they wished to kidnap.

15. After a brief period of inactivity during which it appeared, from intercepted calls, that the defendants were having difficulty locating Edgar Alvarez, the defendants also began to focus upon the father of Edgar Alvarez. On April 13, 2009, Nuria MARTINEZ-ALVARADO was intercepted informing Ricardo PEREZ that she had obtained a video of the father of Edgar Alvarez and MARTINEZ-ALVARADO further agreed to provide the video to Ricardo PEREZ.

16. During a series of calls on April 13-14, 2009, agents began to suspect that the defendants were making plans to travel up to the Central District of California to locate and kidnap the father of Edgar

4

Alvarez. On April 13, 2009, in an intercepted phone call, Ricardo PEREZ and Gerardo MARTINEZ-VELASCO discuss putting gas in the van and departing at night.

18. On April 14, 2009, GONZALEZ-HEREDIA obtained the van from Humberto ALVAREZ-ROSAS who had borrowed it for an unrelated matter. In addition, intercepted calls between Armando GONZALEZ-HEREDIA and Humberto ALVAREZ-ROSAS indicated that GONZALEZ-HEREDIA was also going to take delivery of drugs at the same general time as the possible kidnapping. Humberto ALVAREZ-ROSAS was intercepted in a telephone call with Armando GONZALEZ-HEREDIA in which ALVAREZ-ROSAS discusses the delivery of a cake, which Agents suspected to be drugs or to contain drugs.

19. Later on April 14, 2009, surveillance was conducted on the defendants, during which time Ricardo PEREZ, Gabriel PEREZ, Gerardo MARTINEZ-VELASCO, and Nuria MARTINEZ-ALVARADO got into the van which had earlier been brought across the United States-Mexico border to facilitate the kidnapping, and departed.

20. After intercepted calls revealed that Armando GONZALEZ-HEREDIA had picked up controlled substances from Humberto ALVAREZ-ROSAS, subsequent surveillance revealed that he thereafter met with the van in San Diego. There, Nuria MARTINEZ-ALVARADO was observed exiting the van and getting into Armando GONZALEZ-HEREDIA's car. The van, which then contained Ricardo PEREZ, Gabriel PEREZ, and Gerardo MARTINEZ-VELASCO, as well as Armando GONZALEZ-HEREDIA's car, drove in tandem northbound in San Diego in the general direction of Los Angeles.

21. Surveillance units following the defendants' two vehicles appeared to have been spotted, as the vehicles first stopped in a grocery store parking lot. Both vehicles then departed the parking lot and began to conduct suspected vehicle counter-surveillance. At that point, Agents executed two separate vehicle stops on the van and the car.

22. Agents apprehended Ricardo PEREZ, Gabriel PEREZ, and Gerardo MARTINEZ-VELASCO when they were removed from the van. Six cellular telephones, a GPS device, a knife, and multiple documents that related to Edgar Alvarez and his family members were found inside the van.

23. Armando GONZALEZ-HEREDIA and Nuria MARTINEZ-ALVARADO were apprehended when they were removed from the other vehicle. A large cake was located inside the vehicle, which was found to have secreted within it approximately 540grams of a substance which tested positive for cocaine.

24. After the apprehension of the five individuals, searches were conducted at their residences. At the residence of Hector PERAZA, agents observed, prior to the initiation of the search, two males, one of whom was believed to be Hector PERAZA, throwing a trash bag into a dumpster. Agents later retrieved the trash bag and found that it contained, among other things, maps and identifying information for Edgar Alvarez. PERAZA had earlier departed the area and was thereafter apprehended at the residence of Ricardo PEREZ upon the initiation of a separate search at PEREZ's residence.

25. A subsequent search of a restaurant in San Diego associated with Humberto ALVAREZ-ROSAS, yielded approximately 794 grams of a substance packaged in the same manner as the cocaine which was seized earlier from the cake.

Based upon the above-related information, I believe that probable cause exists to believe that the named defendants have committed the charged offenses.

*[signature]*
Kathleen Moran
Special Agent, FBI

**MAGISTRATE JUDGE INFORMATION SHEET**

**MAGISTRATE CASE NUMBER:**